IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14-03012-CR-S-BP-01 |
| | ) | |
| JOHN JOUETT WADDELL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on Defendant John Jouett Waddell's Motion to Dismiss the Indictment. (Doc. 24.) United States Magistrate Judge David P. Rush has recommended that this Court enter an Order denying Defendant's Motion. (Doc. 30.) No objections were filed by the parties.

After an independent and careful review, the Court **ADOPTS** Judge Rush's Report and Recommendation, (Doc. 30). Accordingly, Defendant's Motion to Dismiss the Indictment, (Doc. 24), is **DENIED**.

**IT IS SO ORDERED.**

/s/Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: 3/6/2015